DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DORINDA JOY ROTTENBERGER,

Appellant,

v.

JONATHAN JAVIER MARTINEZ,

Appellee.

No. 2D2024-1483

_____

January 15, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Melissa C. Black, Judge.

Thomas F. Gilbert of Law Offices of Robert M. Geller, Tampa, for
Appellant.

George Harder of Harder Law, Lutz, for Appellee.


PER CURIAM.

Appellant seeks review of an order which denied a motion to set
aside a domesticated foreign judgment and which granted a motion to
intervene. The portion of the order denying the motion to set aside is
affirmed. This appeal is dismissed as to the portion of the order granting
the motion to intervene.

Affirmed in part; dismissed in part.

SILBERMAN, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.